KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN ST. JACQUES IV,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 2:15−CV−00283−EFB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an ~~second~~ extension of time to file Plaintiff's Opening Brief.

　　　Counsel for the Plaintiff has been unwell and unable to complete the scheduling briefing. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests an extension of time of 30 days to August 22, 2014.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1　　MOTION
　　　　[2:15−CV−00283−EFB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

| | |
|---|---|
| Dated July 30, 2015: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Dellert Baird Law Offices, PLLC |
| | PO Box 3757 |
| | Silverdale, WA 98383 |
| | (360) 329-6968 |
| | Attorney for Plaintiff |
| | |
| Dated July 30, 2015: | s/ KELSEY M. BROWN for Michael Marriott |
| | Michael Marriott |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | Of Attorneys for Defendant |

ORDER

The Court adopts the parties' stipulation as modified above. Plaintiff's opening brief is now due on August 22, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED

Dated: August 3, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
[2:15−CV−00283−EFB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968